UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 11-165 |
| ANSELMO GENOVESE, et al. | : | O R D E R |

This matter having been opened to the Court, at the arraignment in this matter on April 8, 2011, on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing), and defendants Anselmo Genovese (Gerald L. Shargel, Esq., appearing), Pasquale Zinna (Maurice Sercarz, Esq., appearing), Janeen Zinna (David Breitbart, Esq., appearing), Eric Haynberg (Eric Franz, Esq., appearing), Rocco Mazzaferro (Michael Rosen, Esq., appearing), and Vincenzo Genovese (Jeffrey C. Hoffman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution as well as the number of charges and defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. There is substantial discovery that needs to be reviewed by defense counsel, and failure to grant a continuance would deny counsel for defendants and the government reasonable

time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

    3. The ends of justice served by a continuance of the trial date in this matter outweigh the interest of the public and the defendants in a speedy trial.

    IT IS, therefore, on this 18th day of April 2011,

ORDERED that:

    1. The government and the defendants shall work together to comply with the discovery obligations set forth in this Court's April 11, 20011 Order for Discovery and Inspection;

    2. The government shall provide discovery on a rolling basis to the defendants with the goal that discovery is completed by April 20, 2011;

    3. A conference will be held with all parties on May 13, 2011 at 10:30 a.m. at which time the Court will set a schedule for further proceedings, including the filing of motions.

    4. The period of time from April 8, 2011 through May 12, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

                                      /s/ Katharine Hayden
                                      HON. KATHERINE S. HAYDEN
                                      United States District Judge