UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. Katherine S. Hayden

               v.                 :     Criminal No. 011-164

ANSELMO GENOVESE                  :     O R D E R

          Pretrial motions having been filed by defendant Anselmo
Genovese (Gerald L. Shargel, Esq., appearing), and the Court
having read the papers filed by defendant Anselmo Genovese and
the United States of America, Paul J. Fishman, United States
Attorney for the District of New Jersey (Leslie Faye Schwartz,
Assistant U.S. Attorney, appearing), and having heard oral
argument on July 20, 2011, and good cause having been shown, the
Court makes the following findings:

          1.   Crim. Nos. 11-165 and 11-164 could properly have
ben joined pursuant to the Fed. R. Crim. P. 8.  Moreover, all of
defendant Anselmo Genovese's codefendants in Crim. No. 11-165, as
well as their defense counsel, have stated on the record that
they support consolidation, and have specifically waived any
right they would have had to oppose such consolidation pursuant
to the Federal Rules of Criminal Procedure.

          2.   The government and defendant Anselmo Genovese have
discussed defendant Anselmo Genovese's motion for a bill of
particulars outside the presence of the Court, and defendant
Anselmo Genovese is satisfied with the government's response.

IT IS, therefore, on this _____ day of July 2011,
ORDERED that:

1.   Defendant Anselmo Genovese's motion for
consolidation of Crim. Nos. 11-164 and 11-165, pursuant to Fed.
R. Crim. P. 13, is hereby granted.

2.   Defendant Anselmo Genovese's motion for a bill
of particulars is denied as moot.

_____
HON. KATHERINE S. HAYDEN
United States District Judge