UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 011-165 |
| ANSELMO GENOVESE, et al. | : | O R D E R |

This matter having been opened to the Court, at a status conference in this matter on September 7, 2011, on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendants Anselmo Genovese (Gerald L. Shargel, Esq., appearing), Pasquale Zinna (Maurice Sercarz, Esq., appearing), Janeen Zinna (David Breitbart, Esq., appearing), Eric Haynberg (Eric Franz, Esq., appearing), Rocco Mazzaferro (Michael Rosen, Esq., appearing), and Vincenzo Genovese (Jeffrey C. Hoffman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

    1.  By separate order of this Court, this matter was recently consolidated with Crim. No. 11-164 for purposes of trial.

    2.  This case is sufficiently complex, due to the nature of the prosecution as well as the number of charges and defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

3. There is substantial discovery that needs to be reviewed by defense counsel, and failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

4. The ends of justice served by a continuance of the trial date in this matter outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ____ day of September 2011, ORDERED that:

1. A pretrial conference will be held in this matter on December 20, 2011 at 10:00 a.m.

2. The consolidated trial date is set for January 10, 2012.

2. The period of time from September 7, 2011 through January 10, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii) and (h)(7)(B)(iv).

HON. KATHERINE S. HAYDEN
United States District Judge