UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

GENOVESE, ET AL.,
                      Defendant(s)

-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

11-CR-00165 (KSH)

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

                                                     _____
                                                   Gerald L. Shargel
                                                   1790 Broadway, Ste. 1501
                                                   New York, NY 10019
                                                   gshargel@shargellaw.com
                                                   (212) 446-2323
                                                   (212) 446-2330 (fax)