LFS/2011R000415

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-165-1 |
| v. | : | Hon. Katharine S. Hayden |
| ANSELMO GENOVESE | : | <u>ORDER FOR DISMISSAL</u> |

Under Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 11-165-01, against ANSELMO GENOVESE, filed on March 18, 2011, charging the defendant with violations of 18 U.S.C. §§ 1349 (conspiracy to commit wire fraud), 1343 (wire fraud), 371 (conspiracy to defraud the United States), and 664 (theft/embezzlement from an employee benefit plan), for the reason that:

By Order filed on August 1, 2011 (Docket Entry 62), the Court consolidated cases Crim. No. 11-164 and Crim. No. 11-165; and

Pursuant to a plea agreement, the defendant pled guilty to counts 2 and 3 of Indictment, Crim. No. 11-164, which charge violations of 29 U.S.C. § 186(a)(1) and (d)(2) and 18 U.S.C. § 2, before the Hon. Katharine S. Hayden, on December 16, 2011, and has been sentenced thereon.

This dismissal is with prejudice as long as the plea and sentence on Counts 2 and 3 of Indictment, Crim. No. 11-164, remain in effect.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. KATHARINE S. HAYDEN
United States District Judge

Date: July 23rd, 2012